William N. Lobel (State Bar No. 93202)
wlobel@lntlaw.com
Mike D. Neue (State Bar No. 179303)
mneue@lntlaw.com
LOBEL, NEUE & TILL, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone:    (949) 999-2860
Facsimile:    (949) 999-2870

Reorganization Counsel for the Debtor
and Debtor-in-Possession, Lawrence K. Dodge

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>LAWRENCE KEITH DODGE,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 8:13-bk-11037 ES<br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIM OF EXEMPTIONS**<br><br><u>Current Hearing Date:</u><br>Date: April 17, 2014<br>Time: 10:30 a.m.<br><br><u>Proposed Continued Hearing Date:</u><br>Date: [To Be Set]<br>Time: [To Be Set]<br>Courtroom: 5A |

STIPULATION TO CONTINUE HEARING ON
OBJECTION TO CLAIM OF EXEMPTIONS

1  This stipulation (the "Stipulation") is entered into by and between Lawrence K. Dodge, the debtor and debtor-in-possession in this chapter 11 case (the "Debtor"), and the Kansas City Art Institute ("KCAI"), by and through their respective counsel of record.

## I.

## RECITALS

1. A hearing on KCAI's *Objection to Claim of Exemptions* (the "Motion") is currently scheduled for April 17, 2014, (the "Hearing"), having been previously continued pursuant to Court approved stipulations.

3. Counsel for the Debtor and KCAI have agreed to continue the Hearing for a sufficient period of time to permit an inspection of the Debtor's property by an appraiser as requested by KCAI, and time for the Debtor and KCAI to discuss the results of the appraisal, and any issues that arise therefrom;

4. KCAI and the Debtor have agreed to discuss mutually agreeable dates for the inspection of the Debtor's property by the appraiser; and

5. The parties have agreed to continue the Hearing to a date not sooner than July 17, 2014.

## I.

## STIPULATION

The parties hereto have agreed and stipulate that:

A. The Hearing shall be continued from April 17, 2014 to a date not sooner than July 17, 2014, provided, however, that this continued hearing is without prejudice to the parties right to seek further continuances; and

B. The Debtor's objection deadline and KCAI's reply deadline relating to the Motion shall also be continued and will be due in accordance with applicable bankruptcy rules in light of the continued hearing date.

//
//
//

STIPULATION TO CONTINUE HEARING ON
OBJECTION TO CLAIM OF EXEMPTIONS      -1-

| | | |
|---|---|---|
| 1 | Dated: April ___, 2014 | LOBEL, NEUE & TILL, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | William N. Lobel |
| | | Mike D. Neue |
| 5 | | Attorneys for Lawrence Keith Dodge |
| 6 | Dated: April _/_, 2014 | BAKER & HOSTELTLER, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Marc L. Benezra |
| | | Lisa I. Damji |
| 10 | | Lars Fuller |
| | | Attorneys for Kansas City Art Institute |

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Lawrence Keith Dodge** | Debtor(s). | CASE NUMBER: **8:13-bk-11037 ES** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:

**840 Newport Center Drive
Suite 750
Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIM OF EXEMPTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 1, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On **April 1, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 1, 2014** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**(VIA OVERNIGHT MAIL)
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 West FourtH Street, Suite 5041
Santa Ana, CA   92701**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/1/2014 | **Nancy Lockwood** | /s/ Nancy Lockwood |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                                                          **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **Lawrence Keith Dodge** | Debtor(s). | CASE NUMBER **8:13-bk-11037** |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Anthony Bisconti    tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Donald T Dunning    ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- Matthew J Eandi    mjeandi@ecjlaw.com, lpekrul@ecjlaw.com
- Helen R Frazer    hfrazer@aalrr.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Steven J Katzman    SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- Robert S Marticello    Rmarticello@wgllp.com, msciesinski@wgllp.com
- Kenneth Miller    kmiller@ecjlaw.com
- Mike D Neue    mneue@lntlaw.com, jokeefe@lntlaw.com;nlockwood@lntlaw.com
- Casey J OConnell    ch11ecf@piteduncan.com
- Evan D Smiley    esmiley@wgllp.com, msciesinski@wgllp.com
- Derrick Talerico    dtalerico@lntlaw.com, nlockwood@lntlaw.com;jokeefe@lntlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL**:

Committee of Creditors Holding Unsecured Claims

Segerstrom Center for the Arts
Attn: Terrence W. Dwyer
600 Town Center Dr.
Costa Mesa, CA  92626

Federal Deposit Insurance Corporation as Receiver of American Sterling Bank
Attn.: Steven Jay Katzman (served via NEF)

Patricia Kennedy Tucker
1434 Mar Vista Way
Laguna Beach, CA  92651

Request for Special Notice

 Lars Fuller
 Mark Benezra
 Lisa Damji
 Teresa C. Chow
 Baker & Hostetler, LLP
 11601 Wilshire Blvd., Suite 1400
 Los Angeles, CA  90025

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **F 9013-3.1**