William N. Lobel (State Bar No. 93202)
wlobel@lntlaw.com
Mike D. Neue (State Bar No. 179303)
mneue@lntlaw.com
LOBEL, NEUE & TILL, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone:    (949) 999-2860
Facsimile:    (949) 999-2870

Reorganization Counsel for the Debtor
and Debtor-in-Possession, Lawrence K. Dodge

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LAWRENCE KEITH DODGE,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:13-bk-11037 ES<br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIM OF EXEMPTIONS**<br><br><u>Current Hearing Date:</u><br>Date:  April 16, 2015<br>Time: 10:30 a.m.<br><br><u>Proposed Continued Hearing Date:</u><br>Date:   [To Be Set]<br>Time:  [To Be Set]<br>Courtroom: 5A |

STIPULATION TO CONTINUE HEARING ON
OBJECTION TO CLAIM OF EXEMPTIONS

This stipulation (the "Stipulation") is entered into by and between Lawrence K. Dodge, the debtor and debtor-in-possession in this chapter 11 case (the "Debtor"), and the Kansas City Art Institute ("KCAI"), by and through their respective counsel of record.

## I.

## RECITALS

1. A hearing on KCAI's *Objection to Claim of Exemptions* (the "Motion") is currently scheduled for April 16, 2015, (the "Hearing"), having been previously continued pursuant to Court approved stipulations.

2. Counsel for the Debtor and KCAI have agreed to continue the Hearing in order to allow for additional discussions to take place among the Debtor, the Trustee, KCAI and other creditors.

3. The parties have agreed to continue the Hearing to a date not sooner than July 17, 2015.

## I.

## STIPULATION

The parties hereto have agreed and stipulate that:

A. The Hearing shall be continued from April 16, 2015 to a date not sooner than July 17, 2015, provided, however, that this continued hearing is without prejudice to the parties right to seek further continuances; and

B. The Debtor's objection deadline and KCAI's reply deadline relating to the Motion shall also be continued and will be due in accordance with applicable bankruptcy rules in light of the continued hearing date.

Dated: April 1, 2015                LOBEL, NEUE & TILL, LLP

By:  /s/ Mike D. Neue
William N. Lobel
Mike D. Neue
Attorneys for Lawrence Keith Dodge

1 | Dated: April 1, 2015

BAKER & HOSTETLER, LLP

By: _____
Marc L. Benezra
Lisa I. Damji
Lars Fuller
Attorneys for Kansas City Art Institute

| In re:                     |           | CHAPTER: **11**                      |
|----------------------------|-----------|--------------------------------------|
| **Lawrence Keith Dodge**   | Debtor(s).| CASE NUMBER: **8:13-bk-11037 ES**    |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:

**840 Newport Center Drive**
**Suite 750**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled **STIPULATION TO CONTINUE HEARING ON OBJECTIONS TO CLAIM OF EXEMPTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 2, 2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 2, 2015** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**(VIA OVERNIGHT MAIL)**
**The Honorable Erithe A. Smith**
**United States Bankruptcy Court - Central District of California**
**Ronald Reagan Federal Building and United States Courthouse**
**411 West FourtH Street, Suite 5041**
**Santa Ana, CA   92701**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/2/2015 | Nancy Lockwood | **/s/ Nancy Lockwood** |
|----------|----------------|-------------------------|
| *Date*   | *Printed Name* | *Signature*             |

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **Lawrence Keith Dodge** | Debtor(s). | CASE NUMBER **8:13-bk-11037** |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Kyra E Andrassy kandrassy@swelawfirm.com, csheets@swelawfirm.com
- Anthony Bisconti tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Anthony Bisconti tbisconti@bmkattorneys.com, admin@bmkattorneys.com
- Thomas H Casey (TR) msilva@tomcaseylaw.com, thc@trustesolutions.net
- Cathrine M Castaldi ccastaldi@brownrudnick.com
- Lisa W Chao lisa.chao@doj.ca.gov
- Matthew R Clark ecfcacb@piteduncan.com, mrc@ecf.inforuptcy.com
- Caroline Djang cdjang@rutan.com
- Donald T Dunning ddunning@dunninglaw.com, jmacleod@dunninglaw.com
- Matthew J Eandi mjeandi@ecjlaw.com, lpekrul@ecjlaw.com
- Helen R Frazer hfrazertrustee@gmail.com
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Steven J Katzman SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Steven J Katzman SKatzman@bmkattorneys.com, admin@bmkattorneys.com
- Elan S Levey elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Elizabeth A Lossing elizabeth.lossing@usdoj.gov
- Richard A Marshack rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- Robert S Marticello Rmarticello@swelawfirm.com, csheets@swelawfirm.com
- Kenneth Miller kmiller@ecjlaw.com, kanthony@ecjlaw.com
- Mike D Neue mneue@lntlaw.com, jokeefe@lntlaw.com;nlockwood@lntlaw.com
- Casey J OConnell casey@caseyoconnelllaw.com, colaw@ecf.inforuptcy.com
- Evan D Smiley esmiley@swelawfirm.com, gcruz@swelawfirm.com
- Derrick Talerico dtalerico@lntlaw.com, nlockwood@lntlaw.com;jokeefe@lntlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

**SERVED BY EMAIL**

Marc L. Benezra:   mbenezra@bakerlaw.com
Lars H. Fuller:   lfuller@bakerlaw.com
Lisa I. Carteen:   lcarteen@bakerlaw.com

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1**